# Court of Appeals
# of the State of Georgia

ATLANTA,__June 12, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A2118. TONY L. WARE v. FIDELITY ACCEPTANCE CORPORATION.**

After Tony L. Ware obtained a default judgment against the defendants in this case, they filed motions to set aside the judgment, which remain pending below. On February 8, 2019, the superior court judge assigned to this case voluntarily recused herself, and the case was reassigned. Ware filed a direct appeal from the recusal order. We lack jurisdiction.

The order that Ware seeks to appeal is interlocutory. See OCGA § 5-6-34 (a) (1) (providing for a direct appeal from "all final judgments, that is to say, where the case is no longer pending in the court below"); *Murphy v. Murphy*, 295 Ga. 376, 379 n.3 (761 SE2d 53) (2014) (noting that a party wishing to appeal a recusal ruling "has the option to seek an interlocutory appeal or to appeal immediately after an adverse final judgment"); *Evans v. Williams*, 341 Ga. App. 226, 228-229 (2) (799 SE2d 362) (2017) (When a judge recuses, a party "may file an application for interlocutory review of the order granting the motion to recuse, or the parties may choose to relitigate the case under the direction of the newly-appointed judge from the point when the motion to recuse was filed."). Because this action remains pending below, Ware was required to use the interlocutory appeal procedure – including obtaining a certificate of immediate

review from the trial court and filing an application for interlocutory review – to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). Ware's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,__06/12/2019____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.